UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

WILLIAM JAY YODER,

    Plaintiff,

v.                                              3:07-cv-436

RON SEALS, et al.,

    Defendants.

## MEMORANDUM AND ORDER

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983; the plaintiff paid the filing fee. The Clerk is **DIRECTED** to send the plaintiff a service packet (a blank summons and USM 285 form) for defendants Ron Seals, Larry McMahon, Don Parton, Kent Hatcher, David Kitelinger, and Harry Montgomery, Jr. Plaintiff has stated no factual allegations against the other named defendants in this action and therefore the following individuals are **DISMISSED** from this action: Eric Baker, Dustin Floyd, Rhett Rutledge, Brian Frisbee, Tammy Parton, Amanda Parton, Dena Martin, Paul Lintner, and Judy Dupree.

The plaintiff is **ORDERED** to complete the service packets for defendants Ron Seals, Larry McMahon, Don Parton, Kent Hatcher, David Kitelinger, and Harry Montgomery, Jr. and return them to the Clerk's Office within twenty (20) days of the date of receipt of this

Order.  At that time the summonses will be signed and sealed by the Clerk and forwarded to the U.S. Marshal for service.  Fed. R. Civ. P. 4.  The plaintiff is forewarned that failure to return the completed service packets within the time required could jeopardize his prosecution of this action.

Defendants Ron Seals, Larry McMahon, Don Parton, Kent Hatcher, David Kitelinger, and Harry Montgomery, Jr. shall answer or otherwise respond to the complaint within twenty (20) days from the date of service.  Defendants' failure to timely respond to the complaint may result in entry of judgment by default against defendants.

Plaintiff is **ORDERED** to inform the court, and the defendants or their counsel of record, immediately of any address changes.  Failure to provide a correct address to this court within ten (10) days following any change of address will result in the dismissal of this action.

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge